IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL D. MARTIN, | § | |
|    *Plaintiff,* | § | |
| | § | |
| *v.* | § | SA-11-CA-00768-DAE |
| | § | |
| CITY OF SAN ANTONIO, | § | |
|    *Defendant,* | § | |

**DEFENDANT CITY OF SAN ANTONIO'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION FOR**
**SUMMARY JUDGMENT RESPONSE**

TO THE HONORABLE JUDGE DAVID A. EZRA

     NOW COMES, CITY OF SAN ANTONIO, Defendant in the above styled and numbered cause and files this its Unopposed Motion for Extension to File Documents and would show unto the Court as follows:

1. The parties in this case have filed cross motions for summary judgment. The parties filed their responses to their respective motions on Monday, January 14, 2013. Pursuant to Local Rule C-7(f)(2), the parties had seven days to file replies to said responses. The Court, in a text-only message, extended the deadline to reply until January 29, 2013.

2. Late last week, undersigned counsel contacted the flu. She has been out of the office and remains out of the office, per doctor's recommendation as she recovers. This has severely limited undersigned counsel's time and ability to complete the City's reply. Accordingly, counsel asks that the deadline for all parties to reply to their respective summary judgment responses be extended three additional days to February 1, 2013.

3. Undersigned counsel has conferred with Plaintiff's counsel and they are unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Defendant City of San Antonio prays this Court grant this Motion for Extension of Time in all things and for such other and further relief both in law and in equity to which it may be entitled.

Respectfully submitted,

CITY OF SAN ANTONIO
Michael D. Bernard, City Attorney
SBN: 02211310
Office of the City Attorney
Litigation Division
111 Soledad St., 10th Floor
San Antonio, Texas 78205
(210) 207-8789 / (210) 207-4357 FAX

/s/
DEBORAH LYNNE KLEIN
Assistant City Attorney
SBN: 11556750

and;

FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793 / (210) 408-6797 FAX

/s/
SHAWN FITZPATRICK
SBN: 00787474
*Attorneys for Defendant City of San Antonio*

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on January 29, 2013:

Javier N. Maldonado
Law Office of Javier N. Maldonado, P.C.
8918 Tesoro, Suite 575
San Antonio, Texas 78217

Juan M. Gonzalez
Gonzalez & Otero, LLC
8918 Tesoro, Suite 575
San Antonio, Texas 78217

                                                        /s/
                                      DEBORAH LYNNE KLEIN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL D. MARTIN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | SA-11-CA-00768-DAE |
| | § | |
| CITY OF SAN ANTONIO, | § | |
| *Defendant,* | § | |

## ORDER

CAME ON THIS DAY TO BE HEARD, Defendant CITY OF SAN ANTONIO'S MOTION FOR EXTENSION TO REPLY TO MOTION FOR SUMMARY JUDGMENT RESPONSES and upon consideration of said Motion and the papers in this cause, it being deemed that good cause exists for granting of same;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Extension is in all things GRANTED and the deadline for replying to summary judgment responses is extended to February 1, 2013

Signed this ____ day of _____, 2013.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE